UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN BOIRE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 10-11736-NMG |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION
ON CROSS-MOTIONS REGARDING
DENIAL OF SOCIAL SECURITY BENEFITS**

January 23, 2012

DEIN, U.S.M.J.

### I. INTRODUCTION

Plaintiff Kevin Boire ("Boire") has brought this action, pursuant to sections 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. §§ 405(g) and 1383(c)(3), in order to challenge the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying his claim for Social Security Disability Insurance ("SSDI") and Supplemental Security Income ("SSI") benefits. The matter is presently before the court on the plaintiff's "Motion to Reverse or Remand the Decision of the Commissioner of Social Security" (Docket No. 11), and on the "Defendant's Motion to Affirm the Commissioner's Decision" (Docket No. 14).

*Report and Recommendation accepted and adopted. /s/ NMGorton, USDJ 3/6/12*